## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **In re:** | ) |
| | ) |
| | )    Case No. 25-11869-BFK |
| **BRANDON YOUNGBLOOD,** | )    Chapter 7 |
| | ) |
| **Debtor** | ) |
| | ) |
| | ) |
| **BRANDON EICKHOFF,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | )    Adv. Proc. No. 25-01073-BFK |
| **BRANDON YOUNGBLOOD,** | ) |
| | ) |
| Defendant | ) |
| | ) |

### NOTICE OF MOTION AND NOTICE OF HEARING
### ON MOTION TO DISMISS ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that Brandon Youngblood ("Mr. Youngblood" or the "Debtor" or the "Defendant"), has filed his *Motion to Dismiss Adversary Proceeding* (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY WITHIN 21 DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE MOTION AS CONCEDED AND ISSUE AN ORDER GRANTING THE REQUESTED RELIEF WITHOUT FURTHER NOTICE OR HEARING.**

_____
Justin P. Fasano (Bar # 75983)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel for Brandon Youngblood*

**A HEARING TO CONSIDER THE RELIEF REQUESTED IN THIS MOTION IS SCHEDULED FOR FEBRUARY 17, 2026 at 9:30 A.M. AT 200 SOUTH WASHINGTON STREET, ALEXANDRIA, VA 22314-5405, COURTROOM I.  HOWEVER, THE MOVING PARTY MAY CANCEL THIS HEARING IF THERE IS NO TIMELY FILED RESPONSE IN OPPOSITION TO THE RELIEF REQUESTED.**

Dated: January 20, 2026

Respectfully submitted,

/s/ *Justin P. Fasano*
McNamee Hosea, P.A.
Justin P. Fasano, Esquire (VSB # 75983)
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Phone: 301-441-2420
jfasano@mhlawyers.com
*Counsel for Brandon Youngblood*

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, a copy of the foregoing was served by CM/ECF

to all parties receiving notice thereby, including

Matthew A. Brennan, III, Esq.
mbrennan@restonlaw.com

_/s/ Justin P. Fasano_
Justin P. Fasano

2