# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division

**In re:**  
Brandon Michael Youngblood

**Case Number**  25–11869–BFK  
**Chapter**  7  
**Adversary Proceeding Number** 25–01073–BFK  
**Judge**  Brian F Kenney

Debtor(s)

Brandon Eickhoff

Plaintiff(s)

V.

Brandon Michael Youngblood

Defendant(s)

**To:**  Matthew A. Brennan, III

## NOTICE OF DEFICIENT FILING

Upon authority of Local Bankruptcy Rule 5005–1, the documents submitted by you

*7* – Plaintiff's Motion to Dismiss Pleading Motion to Dismis (Re: related document(s)4 Motion to Dismiss Adversary Proceeding filed by Brandon Michael Youngblood) filed by Matthew A. Brennan III on behalf of Brandon Eickhoff. (Brennan, Matthew)

contain certain deficiencies as set forth below. You must correct the deficiencies on or before **2/24/26.** Failure to timely correct the deficiencies may result in the pleading or other paper ***being stricken from the record or, if a complaint is deficient, the adversary proceeding being dismissed***.

### REPRESENTATION AND APPEARANCES:
- __ the ECF registered participant attorney filing the document does not match the attorney's signature on the document.
- __ **Requirement of Counsel:** filed on behalf of an entity not a natural person acting on own behalf and not signed by counsel permitted to appear under LBR 2090–1. [See LBR 9010–1]
- __ **Identification of Attorney:** State Bar number omitted from document/proposed order. [See LBR 5005–1(C)(5) and 9022–1(A)]
- __ a written application for *pro hac vice* admission must be appended to the motion filed by a member of the Bar of this Court. [See LBR 2090–1(E)(2)(a)]
- __ Counsel filing papers, suits or pleadings, or making an appearance, must be a member of the Bar of this Court or have a member of the Bar of this Court join in the pleading by endorsement. [LBR 2090–1(F)]

### REQUIREMENT OF FORM:
- __ **Legibility:** not in compliance with LBR 5005–1(D)(1)
- __ **Caption, Official Forms:** [See LBR 5005–1(D)(2)] Every paper must bear the debtor(s) name, the case number and chapter of the case to which it pertains and be in substantial compliance with the current Official Form. *If applicable.* __ Case name and/or number do not match on paper submitted.
- __ Not on acceptable form approved by Court for use in Eastern District of Virginia pursuant to Local Bankruptcy Rule 3015–2(A).
- __ **Signature Required:** not signed by counsel of record, or individual, if *pro se*.
  - __ *if corporation,* not signed by counsel. [See LBR 5005–1(D)(4)]
  - __ *if amendment to petition, lists or \*schedules,* not verified by unsworn declaration with original signature of all debtors and, if required, the original signature of the attorney. [See FRBP 1008]
  - __ *if document submitted in electronically filed case,* signature not indicated with the party's name and/or attorney's name typed in full on the signature line, e.g. /s/ Jane Doe. [See CM/ECF Policy Statement 8.B., Form of Signature of Attorney User and Non–Attorney User.]
- **xx** Document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry Answers/Motion–Application or redocket to attach the correct document.
- __ Document appears to be filed in the wrong case. Please review this filing and docket to the correct case.
- __ Document does not appear to be complete. Please review this filing for possible error.
- __ *Schedules/Amended schedules do not include Form 106Dec ? Declaration About an Individual Debtor's Schedules, or Form 106Dec is not signed
- __ As a result of the deficiency noted above, at the direction of the Court, the hearing has been cancelled.

### REAFFIRMATION [LBR 4008–1]:
- __ Not in substantial compliance or on approved reaffirmation agreement (Official Form 2400A/B ALT) and reaffirmation agreement coversheet (Official Form 427).
- __ Not signed by debtor, the debtor's attorney, if any, and the creditor.

**CHAPTER 13 PLAN AND RELATED MOTIONS [LBR 3015–2]:**

- Modified Plan: Date, time and/or location of Modified Plan Confirmation Hearing omitted or incorrect. To correct this error, the debtor must file a ***Notice of Scheduled Confirmation Hearing*** with the court and send a copy to all creditors and the trustee. The "notice" must indicate that if no objections are timely filed, a confirmation hearing will not be held.
- ***Special Notice to Secured Creditor*** – Date objection due; Date and time of confirmation hearing and/or Place of confirmation hearing omitted or incorrect.

**TRANSFER OF CLAIM:**

- Document does not appear to be filed in the correct case. Please review this filing for possible error, and file it in the correct case, as appropriate.

**MOTION TO RESTRICT PUBLIC ACCESS TO SENSITIVE CASE INFORMATION:**

- Proposed redacted document not previously filed or not filed as a separate attachment to the motion.
- Motion does not state the docket or proof of claim number of the previously filed document sought to be restricted.

Date:  February 10, 2026                                          Clerk, United States Bankruptcy Court

                                                                                         By /s/ Kimberly Ann Dietz, Deputy Clerk

[defntcvMarch2025.jsp]                                          Direct Dial Telephone No. 757–222–7518