# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0422–1 | User: KimberlyDietz | Date Created: 2/10/2026 |
| Case: 25–01073–BFK | Form ID: defntc | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty     Matthew A. Brennan, III     mbrennan@brennanandwaite.com

TOTAL: 1