**United States Bankruptcy Court**
**Eastern District of Virginia**
_____Alexandria_____ **Division**

In re:    Brandon Michael Youngblood

Case No. _____25-11869-BFK_____

Adv. Proceeding No. _25-01073-BFK_____

            Debtor(s)

**TRANSMITTAL OF NOTICE OF APPEAL AND, IF APPLICABLE, MOTION FOR LEAVE TO APPEAL TO DISTRICT COURT**

Pursuant to 28 U.S.C. §158, Notice of Appeal was filed herein on _March 3, 2026_____.

[Check Box if Applicable] ☐   The Appellant(s) also filed a Motion for Leave to Appeal with the Notice of Appeal.

The parties included in the Appeal to the District Court:

APPELLANT(S):      Brandon Eickhoff_____

ATTORNEY:       Matthew A. Brennan, II_____
          2100 Reston Parkway, Suite 450_____
          Reston, VA 20191_____

APPELLEE(S):       Brandon Michael Youngblood_____

ATTORNEY:       Justin Fasano_____
          6404 Ivy Lane, Suite 820_____
          Greenbelt, MD 20770_____

Brief Description of Judgment/Order Appealed: _Order Granting in Part and Denying in Part Motion to Dismiss Adversary Proceeding_
_____

Date Judgment/Order Entered: _February 19, 2026_____

1. Filing Fees:   A.  Notice of Appeal – Filing Fee $5.00     (✓) Paid      ( ) Not Paid
        B.  Appeal Docket Fee - $293.00      (✓) Paid      ( ) Not Paid      ( ) Deferred.  See Attached Request
2. (✓) Notice of Appeal
3. ( ) Motion for Leave to Appeal (if any)

              CHARRI S. STEWART, Clerk of Court

              By _/s/ Kimberly Dietz_____, Deputy Clerk

Date transmitted: _March 6, 2026_____      Telephone No. _757-222-7518_____

……………………………………………………………………………………………………………………………

U.S. DISTRICT COURT CASE NUMBER: _____
DATE: _____ BY: _____

**PLEASE RETURN COPY UPON COMPLETION**

[transenot ver. 01/25]