**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| | ) | Case No. 25-11869-BFK |
| **BRANDON YOUNGBLOOD,** | ) | Chapter 7 |
| | ) | |
| _____**Debtor.**_____ | ) | |
| | ) | |
| | ) | |
| **BRANDON EICKHOFF,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Adv. Proc. No. 25-01073-BFK |
| **BRANDON YOUNGBLOOD,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO AMEND SCHEDULING ORDER**

The Plaintiff Brandon Eickhoff ("Eickhoff") hereby moves to Amend the Scheduling

Order in this case as follows:

1.      Paragraph 1 (c) of the Scheduling Order currently provides as follows:

Subpoenas to third parties shall be served no later than April 1, 2026, to allow reasonable time for compliance and resolution of objections. Third-party document productions shall be substantially completed by May 15, 2026, subject to non-party objections or Court order.

2.      Eickhoff requests that the Court amend the Scheduling Order as follows:

Subpoenas to third parties shall be served no later than May 15, 2026, to allow reasonable time for compliance and resolution of objections. Third-party document productions shall be substantially completed by June 1, 2026, subject to non-party objections or Court order.

3.      The Defendant Brandon Youngblood consents to this motion.

Respectfully submitted,

1

/s/ Justin P. Fasano
Justin P. Fasano, Esquire
Va Bar No. 75983
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Phone: 301-441-2420
jfasano@mhlawyers.com
*Counsel for Brandon Youngblood*


/s/ Matthew A. Brennan
Matthew A. Brennan, III, Esq.
Va Bar No. 27556
Reston Law Group LLP
2100 Reston Parkway, Suite 450
Reston, VA 20191
(703) 929-0091
(703) 264-2226 facsimile
mbrennan@restonlaw.com
*Counsel for Brandon Eickhoff*