**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 25-11869-BFK** |
| **BRANDON YOUNGBLOOD,** | ) | **Chapter 7** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| **BRANDON EICKHOFF,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **Adv. Proc. No. 25-01073-BFK** |
| **BRANDON YOUNGBLOOD,** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

HAVING CONSIDERED the Motion of Brandon Eickhoff, consented to by Brandon

Youngblood and it appearing to be proper to do so, the Scheduling Order is amended as follows:

Paragraph 1 (c) of the Scheduling Order currently provides as follows:

Subpoenas to third parties shall be served no later than April 1, 2026, to allow reasonable time for compliance and resolution of objections. Third-party document productions shall be substantially completed by May 15, 2026, subject to non-party objections or Court order.

That provision of Paragraph 1 (c) is amended to the following:

Subpoenas to third parties shall be served no later than May 15, 2026, to allow reasonable time for compliance and resolution of objections. Third-party document productions shall be substantially completed by June 1, 2026, subject to non-party objections or Court order.

Date: Apr 8 2026

/s/ Brian F Kenney

Brian Kenney, Chief Bankruptcy Judge
for the Alexandria Division of the EDVA

**SEEN AND AGREED**

Entered On Docket: Apr 8 2026

/s/ Justin P. Fasano
Justin P. Fasano, Esquire
Va. Bar No. 75983

McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Phone: 301-441-2420
jfasano@mhlawyers.com
*Counsel for Brandon Youngblood*

**I ASK FOR THIS**

/s/ Matthew A. Brennan
Matthew A. Brennan, III,
Esq. VA Bar No. 27556
Reston Law Group LLP
2100 Reston Parkway, Suite 450
Reston, VA 20191
(703) 929-0091
(703) 264-2226 facsimile
mbrennan@restonlaw.com
*Counsel for Brandon Eickhoff*

LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

Pursuant to LBR 9022-1, I hereby certify that the foregoing proposed order has been

endorsed by or served upon all necessary parties.

/s/ Matthew Brennan
Matthew Brennan