# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA

|  |  |
|---|---|
| In re: | : Case No. 25-11869-BFK |
|  | : Chapter 7 |
| **BRANDON YOUNGBLOOD,** | : |
|  | : |
| Debtor | : |
|  | : |
|  | : |
| **BRANDON EICKHOFF,** | : |
|  | : |
| Plaintiff, | : |
|  | : |
| v. | : |
|  | : |
| **BRANDON YOUNGBLOOD,** | : Adv. Proc. No. 25-01073-BFK |
|  | : |
| Defendant | : |
|  | : |

## NOTICE OF HEARING ON MOTION TO QUASH PLAINTIFF BRANDON EICKHOFF'S SUBPOENA TO PRODUCE DOCUMENTS SERVED ON WARREN COUNTY COMMUNITY COLLEGE AND DR. WILLIAM AUSTIN, PRESIDENT

**PLEASE TAKE NOTICE** that third party, Warren County Community College and R. William Austin, President, has filed a Motion to Quash Plaintiff Brandon Eickhoff's Subpoena to Produce Documents Served on Warren County Community College and Dr. William Austin, President. The Motion is on file with the United States Bankruptcy Court and can be obtained by accessing the court's website at www.vaeb.uscourts.gov or by contacting the undersigned counsel.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Motion or if you want the court to consider your views on the Motion, then on or before May 8, 2026, you or your attorney must:

File with the court a written response explaining your position at:

U.S. Bankruptcy Court for the Eastern District of Virginia
200 S. Washington St.

Jeffery T. Martin, Jr., VSB #71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, Virginia 22182
703-834-5550
Jeff@martinlawgroup.com

Alexandria, VA 22314-5405

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also send a copy to:

Jeffery T. Martin, Jr., Esq.
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182

   X    Attend the final hearing on the motion scheduled to be held on May 12, 2026, at 9:30 a.m., at the United States Bankruptcy Court, Courtroom 1, 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  April 27, 2026                    Signature, name, address and telephone number
                                         of person giving notice:

                                         /s/ Jeffery T. Martin, Jr.
                                         Jeffery T. Martin, Jr., Bar No. VSB #71860
                                         Martin Law Group, P.C.
                                         8065 Leesburg Pike, Suite 750
                                         Vienna, VA 22182
                                         703-834-5550 Office
                                         jeff@martinlawgroup.com

CERTIFICATE OF SERVICE

I hereby certify that I have on this 27th day of April 2026, mailed a true and correct copy of the foregoing Notice Of Hearing for Motion to Quash Plaintiff Brandon Eickhoff's Subpoena to Produce Documents Served on Warren County Community College and Dr. William Austin, President to the parties listed on the attached mailing matrix.

                                         /s/ Jeffery T. Martin, Jr.
                                         Jeffery T. Martin, Jr.