**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **BRANDON YOUNGBLOOD,** | ) | **Case No. 25-11869-BFK** |
| | ) | **Chapter 7** |
| Debtor. | ) | |

| | | |
|---|---|---|
| **BRANDON EICKHOFF,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Adv. Proc. No. 25-01073-BFK** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **BRANDON YOUNGBLOOD,** | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE OF DISCOVERY MATERIALS

Please take notice that copies of the Plaintiff's First Set of Interrogatories and First

Request for the Production of Documents were sent by email on April 30, 2026 to Justin Fasano,

Counsel for the Defendant, jfasano@mhlawyers.com and Plaintiff's First Set of Request for

Admission was sent by email on May 1, 2026 to Justin Fasano, Counsel for the Defendant,

jfasano@mhlawyers.com.

Respectfully submitted,

BRANDON EICKHOFF
By Counsel

Matthew A. Brennan, III
VA Bar No. 27556
Reston Law Group LLP
2100 Reston Parkway, Suite 450
Reston, VA 20191
(703) 929-0091
mbrennan@restonlaw.com

CERTIFICATE OF SERVICE

I hereby certify that, this 1st day of May 2026, a copy of this Notice of Service of Discovery Materials was sent by email to Justin Fasano, jfasano@mhlawyers.com, Counsel to the Defendant.

Matthew A. Brennan, III