## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BRANDON YOUNGBLOOD, | ) | Case No. 25-11869-BFK |
| | ) | Chapter 7 |
| Debtor. | ) | |

_____

| | | |
|---|---|---|
| BRANDON EICKHOFF, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 25-01073-BFK |
| | ) | |
| v. | ) | |
| | ) | |
| BRANDON YOUNGBLOOD, | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE OF DISCOVERY MATERIALS

Please take notice that Plaintiff sent responses to Defendant's Interrogatories and Defendant's Request for the Production of Documents by email on May 14, 2026 to Justin Fasano, Counsel for the Defendant, jfasano@mhlawyers.com.

Respectfully submitted,

BRANDON EICKHOFF
By Counsel

Matthew A. Brennan, III
VA Bar No. 27556
Reston Law Group LLP
2100 Reston Parkway, Suite 450
Reston, VA 20191
(703) 929-0091
mbrennan@restonlaw.com

CERTIFICATE OF SERVICE

I hereby certify that, this 14th day of May 2026, a copy of this Notice of Service of Discovery Materials was sent by email to Justin Fasano, jfasano@mhlawyers.com, Counsel to the Defendant.

Matthew A. Brennan, III