UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | | |
|---|---|---|
| In re:  **Brandon Michael Youngblood** | ) | |
| | ) | **Case No. 25-11869-BFK** |
| **Debtor** | ) | **Chapter 7** |
| | ) | |
| **Brandon Eickhoff,** | ) | |
| | ) | |
| **Complainant,** | ) | |
| | ) | |
| v. | ) | **Adv. Proc. No. 25-01073-BFK** |
| | ) | |
| **Brandon Michael Youngblood,** | ) | |
| | ) | |
| **Respondent.** | )• | |

**PLAINTIFF'S NOTICE OF INTENT TO RELY
ON SELF-AUTHENTICATING DOCUMENTS**

Pursuant to paragraph 3 of the *Order Amending Initial Scheduling Order* (and Fed. R. Evid. 902(11), 902(13), and 902(14), Plaintiff Brandon Eickhoff ("Eickhoff")gives notice of his intent to offer the records below as self-authenticating.

1.      **DSS Production Set (Bates DSS-0001–DSS-2196).**   Eickhoff's document production — already produced in this proceeding — is offered as self-authenticating under Rule 902(11), as records of the regularly conducted activity of Drone Security Services, LLC ("DSS"), and under Rule 902(14), as true copies identified by SHA-256 hash value. The per-file SHA-256 hash manifest (generated May 11, 2026), bearing the filename Production_Hash_Manifest_2026-05-11.txt, is being served herewith.

Matthew A. Brennan, III
Va. Bar No. 27556
Reston Law Group LLP
2100 Reston Parkway, Suite 450
Reston VA 20191
(703) 929-0091
mbrennan@restonlaw.com

1

2. **Microsoft Purview Audit Export.** The file bd777be0-941e-467b-9d30-8d191e83bff9.csv — a Microsoft 365 unified audit-log export from the DSS tenant (DSSAILLC.onmicrosoft.com), exported August 25, 2025 at 04:58 EDT, comprising 362 audit records from July 9 to August 24, 2025 (MoveToDeletedItems and SoftDelete operations associated with bmy@dssai.ai) — is offered under Rule 902(13), as a record generated by an electronic process; under Rule 902(14), as a true copy identified by hash value (SHA-256 360e6716c0d39d8723f4931a1b1880019c5ea6d57f29920f7281de75948b83bb; MD5 478d6cbea010173c83855c84188d6575; 920,644 bytes); and, in the alternative, under Rule 902(11). A true copy of that file (bd777be0-941e-467b-9d30-8d191e83bff9.csv) is being served herewith.

3. **Authority.** Plaintiff is DSS's Chief Technology Officer and a forty-five percent (45%) Member. Section 4.1 of the DSS Operating Agreement (amended July 1, 2025; executed July 1 and July 8, 2025) grants the CTO "full authority to access, disclose, export, monitor, and retain all Company electronic communications and information-system logs on any Company-owned or Company-controlled system and account." Plaintiff exported the Purview record under that authority. Microsoft has confirmed that O365 "data … is owned and controlled by the customer," that "[t]he customer is solely in control of the administrator account and is capable of retrieving information," and that such records should be obtained "directly from the customer." *Microsoft Corp.'s Objections to Subpoena*, served in this proceeding.

4. **Reservation.** Plaintiff has made the two native files identified above — Production_Hash_Manifest_2026-05-11.txt     and     bd777be0-941e-467b-9d30-

8d191e83bff9.csv — available to Defendant by serving them together with this Notice, so that Defendant may independently verify the hash values stated herein. This Notice waives no other means of authentication, including under Rule 901, and may be supplemented.

**CERTIFICATION OF CUSTODIAN AND QUALIFIED PERSON**

I, Brandon Nicholas Eickhoff, am over the age of eighteen years, am competent to testify to the matters stated herein, and do hereby state as follows:

**1.** I am the Plaintiff in this proceeding, and DSS's Chief Technology Officer and a forty-five percent (45%) Member. I make this Certification from personal knowledge and from my authority over DSS's information systems under Section 4.1 of the DSS Operating Agreement, which grants the CTO full authority to access, disclose, export, monitor, and retain all Company electronic communications and information-system logs. DSS's electronic communications and records were maintained on Microsoft 365 — Exchange Online (Outlook) for email under the @dssai.ai and @dronesecurityservices.com domains, SharePoint and OneDrive for documents, and Microsoft Teams for video meetings — and DSS also maintained an Otter.ai account used to record and transcribe meetings. The audit export described below was generated by Microsoft Purview. As DSS's Chief Technology Officer, vested with the Section 4.1 authority quoted above, I administered and had full access to these systems and accounts.

**2. DSS Production Set.** The files Bates-numbered DSS-0001 through DSS-2196 are records of DSS: each was made at or near the time by — or from information transmitted by — a person with knowledge; kept in the course of DSS's regularly conducted business activity; and made as a regular practice of that activity. I collected and produced them. The hash manifest Production_Hash_Manifest_2026-05-11.txt, served herewith, sets forth the SHA-256 hash value of each file, and the files identified by those values are true and accurate copies of the records as maintained. The produced files include both email sent from DSS's @dssai.ai accounts and email DSS received from third parties, in each case kept in DSS's systems in the ordinary course of business. I am familiar with DSS's correspondents and recognize the email addresses and parties reflected in these records as DSS's actual business contacts; a schedule of the entities and persons with whom DSS corresponded can be produced on request.

**3. Microsoft Purview Audit Export.** I generated and exported the file bd777be0-941e-467b-9d30-8d191e83bff9.csv from the DSS Microsoft 365 tenant (DSSAILLC.onmicrosoft.com) on August 25, 2025 at 04:58 EDT, under my Section 4.1 authority. It was produced by Microsoft 365's automated audit-logging process, which produces an accurate result; I did not alter its contents. Its SHA-256 hash value is 360e6716c0d39d8723f4931a1b1880019c5ea6d57f29920f7281de75948b83bb, its MD5 hash value is 478d6cbea010173c83855c84188d6575, and its size is 920,644 bytes. The copy of that file served herewith is identical to the file I exported, as confirmed by that hash value.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: June 2, 2026                                /s/ Brandon Eickhoff
                                                  Brandon Eickhoff


AS TO ALL BUT THE CERTIFICATION:


_/Mattthew A. Brennan, III
Matthew A. Brennan, III
Va. Bar No. 27556
Reston Law Group LLP
2100 Reston Parkway, Suite 450
Reston, VA 20191
(703) 929-0091
mbrennan@restonlaw.com

4